# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | |
| TRINITY LOVELL JENNINGS | Case No. 17-00478 SMT |
| | Chapter 13 |
| Debtor(s) | HEARING DATE: 11/17/2017 |

### MOTION TO DISMISS AND
### NOTICE OF AN OPPORTUNITY FOR A HEARING

Nancy Spencer Grigsby, Chapter 13 Trustee in this case, moves this honorable court to dismiss this bankruptcy case pursuant to 11 U.S.C. section 1326 (a) (1) for failure to commence making chapter 13 plan payments, and for failure to appear at the first meeting of creditors pursuant to 11 U.S.C. section 341, without excuse, and for reasons states:

1. That the Debtor filed this chapter 13 case on or about August 25, 2017 under the requirements of the Bankruptcy Abuse Protection and Consumer Protection Act of 2005.

2. That the first date set for the meeting of creditors was September 18, 2017 where the Debtor failed to appear. The second date for the meeting of creditors was October 16, 2017. The Debtor failed to appear. This failure has caused unreasonable delay which is prejudicial to creditors.

3. That pursuant to 11 U.S.C. section 521 (e) (2) (B), this Honorable Court shall dismiss this case for the reasons set forth above, ". . .unless the debtor demonstrates that the failure to do so is due to circumstances beyond the control of the Debtor." That as of this date, the Trustee has received no explanation for the Debtor's failure to comply with these requirements.

4.  Further, the Debtor has failed to commence making chapter 13 plan payments pursuant to 11 U.S.C. section 1307 (c) (4) as required in section 1326. As of this date $7,500.00 is due, a total of [1] plan payments.  No payments have been made.

5.  That the Debtor has failed to perform the requirements of a chapter 13 debtor as required pursuant to 11 U.S.C.§1307 (1)  for unreasonable delay which is prejudicial to creditors, having failed to commence making plan payments pursuant to 11 U.S.C. section 1326 (a) (1), and for failure to cooperate with the Trustee.

WHEREFORE, for the reasons set forth above, the Trustee moves that the subject case be dismissed and for other relief as this Honorable Court deems just and equitable.

Date:   October 19, 2017                **/s/ Nancy Spencer Grigsby**
                                        Chapter 13 Trustee
                                        185 Admiral Cochrane Dr. Suite 240
                                        Annapolis MD 21401
                                        ngrigsby@ch13md.com

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST A HEARING TO THE DEBTOR(S) AND DEBTOR'S COUNSEL

You are notified that the Trustee is requesting that the subject case be dismissed pursuant to 11 U.S.C. section 521 (a) (1) and (e) (2) (A) and section 1307 (c) (1).

***UNLESS OTHERWISE NOTED, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT NOVEMBER 17, 2017 AT 9:30 a.m.**

*PLEASE TAKE NOTICE THAT WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF THIS NOTICE you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

*IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.  The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.  Parties in interest with questions may contact the Trustee.

## CERTIFICATE OF SERVICE

I hereby certify that this motion to dismiss was served this October 19, 2017 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

Trinity Lovell Jennings
1080 Wisconsin Ave., NW #204
Washington, DC 20007

Kevin Judd, Esq.
601 Pennsylvania Ave, NW
Suite 900 S
Washington, DC 20004

                                                           Nancy Spencer Grigsby
                                                           Chapter 13 Trustee