The order below is hereby signed.

Signed: November 17 2017



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

TRINITY LOVELL JENNINGS

Debtor(s)

Case No. 17-00478 SMT
Chapter 13

### ORDER DISMISSING CASE

Upon consideration of the Chapter 13 Trustee's Motion to Dismiss Case pursuant to 11 U.S.C. section 1326 (a) (1) for failure to commence making chapter 13 plan payments, and for failure to appear at the first meeting of creditors pursuant to 11 U.S.C. section 341, without excuse, the Debtor having had an opportunity to respond, and after any hearing, good cause having been shown, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the Chapter 13 Trustee's Motion to Dismiss is granted and the above-referenced Chapter 13 case is dismissed.

**ALL PARTIES ARE HEREBY NOTIFIED** that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:  Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Dr. Suite 240
Annapolis MD 21401

Trinity Lovell Jennings
1080 Wisconsin Ave., NW #204
Washington, DC 20007

Kevin Judd, Esq.
601 Pennsylvania Ave, NW
Suite 900 S
Washington, DC 20004

**AND ALL CREDITORS AND PARTIES IN INTEREST ON THE COURT'S MAILING MATRIX**

**END OF ORDER**